UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Makyla Hathorn, et al.,

                Plaintiffs,

vs.

Clark County School District, et al.,

                Defendants.

Case No.: 2:14-cv-1095-JAD-PAL

Order Re: Docs. 11, 16

Accordingly, for the reasons stated on the record during the December 8, 2014, hearing,

It is **HEREBY ORDERED** that Defendants' Motion to Dismiss **[Doc. 11] is GRANTED.**

It is **FURTHER ORDERED** that Defendants' Motion to Dismiss **[Doc. 16] is GRANTED.**

It is **FURTHER ORDERED** that plaintiff has 20 days to file an amended complaint that states a claim or claims for which relief can be granted.  If plaintiff does not file an amended complaint by this deadline or her amended complaint fails to state a cognizable claim over which this court has jurisdiction, this action will be dismissed with prejudice.

DATED: December 8, 2014.

_____
Jennifer A. Dorsey
United States District Judge