# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Makyla Hathorn, et al.,

    Plaintiffs,

v.

Clark County School District, et al.,

    Defendants.

Case No.: 2:14-cv-1095-JAD-PAL

**Order Dismissing Action**

On December 8, 2014, I granted defendants' motions to dismiss, Docs. 11, 16, and gave plaintiffs "20 days to file an amended complaint that states a claim or claims for which relief can be granted." Doc. 25 at 1. I cautioned, "If plaintiff does not file an amended complaint by this deadline . . . this action will be dismissed with prejudice." *Id.*[1] More than two months have passed since this deadline ran, and plaintiffs have not filed any amended complaint.

Accordingly, it is **HEREBY ORDERED** that this action is **DISMISSED** with prejudice. Docs. 24, 25. The Clerk of Court is instructed to close this case.

DATED: March 4, 2015

                                              _____
                                              Jennifer A. Dorsey
                                              United States District Judge

---

[1] I ruled on Docs. 11 and 16 at an oral argument on the motion, and on the same day entered an order incorporating the reasons stated on the record during oral argument. Doc. 25.